SUSAN ARANOFF, Respondent, v GERALD ARANOFF, Appellant.

Submitted February 27, 2017; decided May 2, 2017

Motion for reargument of motion for leave to appeal denied [*see* 28 NY3d 1153 (2017)].

JASON BARTIS et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, v HARBOR TECH, LLC, Respondent.

Submitted February 14, 2017; decided May 2, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.